**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00254-AP

DONALD MIKESELL,

        Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services, in his official capacity, as the representative of Medicare,

        Defendant.

**JOINT CASE MANAGEMENT PLAN**

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Thomas A. Bulger, Esq. | TERRY FOX |
| Steven Silvern, Esq. | Assistant United States Attorney |
| Silvern Law Offices, P.C. | 1225 Seventeenth Street, Suite 700 |
| 4800 Wadsworth Blvd., #307 | Denver, Colorado  80202 |
| Wheat Ridge, Colorado 80333 | Telephone:  (303) 454-0100 |
| silvernlaw@silvernlaw.com | Fax: (303) 454-0404 |
| | Terry.fox@usdoj.gov |
| | Fax: 303-321-8828 |
| | Telephone: 303-321-1980 |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Assuming Plaintiff had alleged an appropriate amount in controversy – which he has not – the Court would have jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

**A.**     **Date Complaint Was Filed:** The Complaint was filed: February 6, 2009
The Amended Complaint was filed: February 9, 2009

**B.**     **Date Complaint Was Served on U.S. Attorney's Office:**  February 13, 2009

**C.**     **Date Answer and Administrative Record Were Filed:**
Answer:                                  April 10, 2009
Administrative Record (AR):     April 10, 2009

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record ("AR") is complete and has been certified by the appropriate agency official.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

This case will be decided on the basis of the AR.  No additional evidence is appropriate in this record-review case.

**6.**     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not raise any unusual claims or defenses.

**7.**     **OTHER MATTERS**

There are no other matters that need to be brought to the attention of the Court.

**8.**     **BRIEFING SCHEDULE**

**A.**     **Plaintiff's Opening Brief Due:**         June 12, 2009

**B.**     **Defendants' Response Briefs Due:**    July 10, 2009

**C.**     **Plaintiff's Reply Briefs (If Any) Due:**  July 24, 2009

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

  **A.     Plaintiff's Statement:**     Plaintiff does not believe oral argument is essential, but would appreciate the opportunity to participate in that argument if the Court wishes to hear from the parties at oral argument.

  **B.     Defendants' Statements:**     Defendant Leavitt does not believe oral argument is essential, but would appreciate the opportunity to participate in that argument if the Court wishes to hear from the parties at oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All remaining parties are willing to Consent to the exercise of Magistrate Jurisdiction.

 A. (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

 B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of ***good cause***.

DATED this 29th day of April, 2009.

        BY THE COURT:

        ***S/John L. Kane***
        U.S. DISTRICT COURT JUDGE

APPROVED:

| **For Plaintiff**: | **For Defendant Leavitt**: |
|---|---|
|  | DAVID M. GAOUETTE |
| */s Thomas Bulger* | ACTING U.S. ATTORNEY |
| Thomas A. Bulger, Esq. |  |
| Steven Silvern, Esq. | */s Terry Fox* |
| Silvern Law Offices, P.C. | TERRY FOX |
| 4800 Wadsworth Blvd., #307 | Assistant United States Attorney |
| Wheat Ridge, Colorado 80333 | 1225 Seventeenth Street, Suite 700 |
| e-mail: silvernlaw@silvernlaw.com | Denver, Colorado  80202 |
|  | Telephone:  (303) 454-0100 |
|  | Fax: (303) 454-0404 |
|  | Terry.fox@usdoj.gov |